UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-21053-GAYLES/LOUIS

JEFFREY PETER DATTO, PH.D.,

    Plaintiff,

v.

ASSOCIATION OF AMERICAN MEDICAL
COLLEGES, et al.,

    Defendants.

_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Preliminary Injunction Against University of Miami (ECF No. 125); Plaintiff's Motion to Amend the Amended Complaint (ECF No. 128); Plaintiff's Motion for Leave to File Supplemental Brief (ECF No. 148); Plaintiff's Amended Motion to Amend the Amended Complaint (ECF No. 154); and Plaintiff's Motion for Leave to File Late Reply (ECF No. 160).[1] Upon consideration, it is hereby **ORDERED** as follows:

    1.    Plaintiff's Motion for Preliminary Injunction Against University of Miami (ECF No. 125) is **DENIED as moot** by the filing of Plaintiff's Amended Motion for Preliminary Injunction Against University of Miami (ECF No. 153), filed on April 15, 2019. The relief sought in Plaintiff's Amended Motion supersedes the relief sought in his original preliminary injunction

---

[1] All pretrial matters have been referred to the undersigned United States Magistrate Judge by the Honorable Darrin P. Gayles, United States District Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida (ECF Nos. 139, 140, 141).

Motion. Likewise, Plaintiff's Motion for Leave to File Supplemental Brief (ECF No. 148) to his original preliminary injunction Motion is **DENIED as moot**.

2.  Plaintiff's Motion to Amend the Amended Complaint (ECF No. 128) and Plaintiff's Amended Motion to Amend the Amended Complaint (ECF No. 154) are **DENIED without prejudice**. Defendants have moved to dismiss the Amended Complaint, raising a number of grounds including jurisdictional challenges; the proposed amended complaints attached to each of these Motions do not cure the deficiencies identified in the motions to dismiss. The undersigned has issued a Report and Recommendation that the motions to dismiss be granted, in part, with leave to amend the complaint. *See* ECF No. 168. Accordingly, and subject to the Court's adoption, modification, or rejection of that Report and Recommendation, Plaintiff may re-file its motion for leave to amend following the Court's ruling on the undersigned's Report and Recommendations on the Motions to Dismiss.

3.  Plaintiff's Motion for Leave to File Late Reply (ECF No. 160) is **GRANTED**. Plaintiff must file his Reply on or before June 25, 2019.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of June, 2019.

_____
LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE